Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13502−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ryan A McIndoe
26 Terrace Ave.
Rochelle Park, NJ 07662

Gina M McIndoe
26 Terrace Ave.
Rochelle Park, NJ 07662

Social Security No.:
xxx−xx−4188                                                                                                   xxx−xx−0463

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/14/20
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 3, 2020
JAN: rh

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Ryan A McIndoe  
Gina M McIndoe  
    Debtors

Case No. 20-13502-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Mar 03, 2020  
                 Form ID: 132     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.

```
db/jdb         +Ryan A McIndoe,    Gina M McIndoe,    26 Terrace Ave.,    Rochelle Park, NJ 07662-3715
518741447     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
518741446      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518741449      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518741448      +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518741455       Discover Financial,    c/o Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518741459       LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
518741460      +New York State Dept. of Taxation,    P.O. Box 4122,    Binghamton, NY 13902-4122
518741461      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518741462      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518741463      +SB One BAnk,    P.O. Box 7128,    Rochelle Park, NJ 07662-7128
518741473      +Yamaha Financial Services,    6555 Katella Ave,    Cypress, CA 90630-5101
518741472      +Yamaha Financial Services,    Attn: Bankruptcy,    6555 Katella Ave,    Cypress, CA 90630-5101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518741445      +E-mail/Text: bankruptcycare@affinityfcu.com Mar 04 2020 00:19:44
                 Affinity Federal Credit Union,    Attn: Bankruptcy,    73 Mountainview Boulevard,
                 Basking Ridge, NJ 07920-2332
518741450      +E-mail/PDF: MarletteBKNotifications@resurgent.com Mar 04 2020 00:22:18      Best Egg/sst,
                 Po Box 42912,    Philadelphia, PA 19101-2912
518741454      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:23:08      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518741453      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:21:52      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518741456       E-mail/Text: mrdiscen@discover.com Mar 04 2020 00:19:17      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518741457       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:34      IRS,    ACS/CDP,
                 P.O. Box 42346,    Philadelphia, PA 19101-2346
518741451      +E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 00:23:02      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518741452       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 00:21:47      Chase Card Services,
                 Po Box 15369,    Wilmington, DE 19850
518741458      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:22:35
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518742519      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518741464      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:59      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965064,    Orlando, FL 32896-5064
518741465      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:43      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518741466      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:42      Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518741467      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:44      Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
518741468      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:18      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518741469      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:19      Synchrony Bank/Lowes,
                 Po Box 956005,    Orlando, FL 32896-0001
518741471       E-mail/Text: bankruptcy@td.com Mar 04 2020 00:20:16      TD Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
518741470       E-mail/Text: bankruptcy@td.com Mar 04 2020 00:20:16      TD Bank,
                 Attn: Bankruptcy/TD Card Srvs,    Po Box 84037,    Columus, GA 31908
                                                                                               TOTAL: 20
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2020
                              Form ID: 132             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
         Marc G. Alster    on behalf of Joint Debtor Gina M McIndoe malster@alsterlaw.com,
          r59840@notify.bestcase.com
         Marc G. Alster    on behalf of Debtor Ryan A McIndoe malster@alsterlaw.com,
          r59840@notify.bestcase.com
         Marie-Ann  Greenberg    magecf@magtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```