| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ryan A McIndoe <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx−xx−4188 <br> EIN: __−_____ | |
| Debtor 2: <br> (Spouse, if filing) | Gina M McIndoe <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx−xx−0463 <br> EIN: __−_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    2/29/20 |
| Case number: | 20−13502−JKS | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ryan A McIndoe | Gina M McIndoe |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 26 Terrace Ave. <br> Rochelle Park, NJ 07662 | 26 Terrace Ave. <br> Rochelle Park, NJ 07662 |
| 4. | **Debtor's attorney** <br> Name and address | Marc G. Alster <br> Two University Plaza <br> Suite 311 <br> Hackensack, NJ 07601 | Contact phone (201) 883−1190 <br> Email: malster@alsterlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Marie−Ann Greenberg <br> Chapter 13 Standing Trustee <br> 30 Two Bridges Rd <br> Suite 330 <br> Fairfield, NJ 07004 | Contact phone 973−227−2840 <br> www.magtrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> (800) 676−6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM − 4:00 p.m., Monday − Friday (except holidays) <br> Contact phone 973−645−4764 <br> Date: 3/3/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 31, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/1/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/11/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/14/20** at **08:30 AM** , Location: **Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 20-13502-JKS
Ryan A McIndoe                                                Chapter 13
Gina M McIndoe
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 2                  Date Rcvd: Mar 03, 2020
                               Form ID: 309I              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb         +Ryan A McIndoe,   Gina M McIndoe,   26 Terrace Ave.,   Rochelle Park, NJ 07662-3715
518745220      +Alastair & Caroline McIndoe,   101 Stone St,   Maywood, NJ 07607-1237
518741455       Discover Financial,   c/o Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518741459       LVNV Funding/Resurgent Capital,   C/o Resurgent Capital Services,    Greenville, SC 29602
518741460      +New York State Dept. of Taxation,   P.O. Box 4122,   Binghamton, NY 13902-4122
518741461      +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518741462      +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
518741463      +SB One BAnk,   P.O. Box 7128,   Rochelle Park, NJ 07662-7128
518741473      +Yamaha Financial Services,   6555 Katella Ave,   Cypress, CA 90630-5101
518741472      +Yamaha Financial Services,   Attn: Bankruptcy,   6555 Katella Ave,   Cypress, CA 90630-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: malster@alsterlaw.com Mar 04 2020 00:18:47     Marc G. Alster,
                 Two University Plaza,   Suite 311,   Hackensack, NJ  07601
tr             +E-mail/Text: BNC@magtrustee.com Mar 04 2020 00:21:02     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518741445      +E-mail/Text: bankruptcycare@affinityfcu.com Mar 04 2020 00:19:44
                 Affinity Federal Credit Union,   Attn: Bankruptcy,   73 Mountainview Boulevard,
                 Basking Ridge, NJ 07920-2332
518741447       EDI: BANKAMER.COM Mar 04 2020 04:33:00     Bank of America,   Po Box 982238,
                 El Paso, TX 79998
518741446      +EDI: BANKAMER.COM Mar 04 2020 04:33:00     Bank of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
518741448      +EDI: TSYS2.COM Mar 04 2020 04:38:00     Barclays Bank Delaware,   Attn: Bankruptcy,
                 Po Box 8801,   Wilmington, DE 19899-8801
518741449      +EDI: TSYS2.COM Mar 04 2020 04:38:00     Barclays Bank Delaware,   P.o. Box 8803,
                 Wilmington, DE 19899-8803
518741450      +E-mail/PDF: MarletteBKNotifications@resurgent.com Mar 04 2020 00:22:18     Best Egg/sst,
                 Po Box 42912,   Philadelphia, PA 19101-2912
518741454      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:21:54     Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518741453      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:22:32     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518741456       EDI: DISCOVER.COM Mar 04 2020 04:38:00     Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
518741457       EDI: IRS.COM Mar 04 2020 04:38:00     IRS,   ACS/CDP,   P.O. Box 42346,
                 Philadelphia, PA 19101-2346
518741451       EDI: JPMORGANCHASE Mar 04 2020 04:38:00     Chase Card Services,   Attn: Bankruptcy,
                 Po Box 15298,   Wilmington, DE 19850
518741452       EDI: JPMORGANCHASE Mar 04 2020 04:38:00     Chase Card Services,   Po Box 15369,
                 Wilmington, DE 19850
518741458      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:23:20
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
518742519      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518741464      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                 Po Box 965064,   Orlando, FL 32896-5064
518741465      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
518741466      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518741467      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
518741468      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518741469      +EDI: RMSC.COM Mar 04 2020 04:38:00     Synchrony Bank/Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
518741471       EDI: TDBANKNORTH.COM Mar 04 2020 04:38:00     TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240
518741470       EDI: TDBANKNORTH.COM Mar 04 2020 04:38:00     TD Bank,   Attn: Bankruptcy/TD Card Srvs,
                 Po Box 84037,   Columus, GA 31908
                                                                                                TOTAL: 26

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

```
District/off: 0312-2            User: admin                 Page 2 of 2              Date Rcvd: Mar 03, 2020
                                Form ID: 309I               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2020 at the address(es) listed below:
```
          Marc G. Alster    on behalf of Joint Debtor Gina M McIndoe malster@alsterlaw.com,
           r59840@notify.bestcase.com
          Marc G. Alster    on behalf of Debtor Ryan A McIndoe malster@alsterlaw.com,
           r59840@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```