Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 20−13502−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan A McIndoe                                         Gina M McIndoe
   26 Terrace Ave.                                          26 Terrace Ave.
   Rochelle Park, NJ 07662                      Rochelle Park, NJ 07662

Social Security No.:
   xxx−xx−4188                                              xxx−xx−0463

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    was entered on .

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 15, 2020
JAN: zlh

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13502-JKS
Ryan A McIndoe                                                            Chapter 13
Gina M McIndoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: May 15, 2020
                              Form ID: 148              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb          +Ryan A McIndoe,   Gina M McIndoe,   26 Terrace Ave.,   Rochelle Park, NJ 07662-3715
518745220       +Alastair & Caroline McIndoe,   101 Stone St,   Maywood, NJ 07607-1237
518758667       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518741455        Discover Financial,   c/o Pressler, Felt & Warshaw, LLP,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518793801       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518741460       +New York State Dept. of Taxation,   P.O. Box 4122,   Binghamton, NY 13902-4122
518804824       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
518741461       +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518741462       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
518741463       +SB One BAnk,   P.O. Box 7128,   Rochelle Park, NJ 07662-7128
518792747       +TD Bank, N.A.,   c/o Schiller Knapp Lefkowitz,   & Hertzel LLP,   950 New Loudon Road,
                 Latham New York 12110-2100
518741473       +Yamaha Financial Services,   6555 Katella Ave,   Cypress, CA 90630-5101
518741472       +Yamaha Financial Services,   Attn: Bankruptcy,   6555 Katella Ave,   Cypress, CA 90630-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:51:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518741445       +E-mail/Text: bankruptcycare@affinityfcu.com May 15 2020 22:51:31
                 Affinity Federal Credit Union,   Attn: Bankruptcy,   73 Mountainview Boulevard,
                 Basking Ridge, NJ 07920-2332
518741447        EDI: BANKAMER.COM May 16 2020 02:13:00     Bank of America,   Po Box 982238,
                 El Paso, TX 79998
518741446       +EDI: BANKAMER.COM May 16 2020 02:13:00     Bank of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
518741448       +EDI: TSYS2.COM May 16 2020 02:13:00     Barclays Bank Delaware,   Attn: Bankruptcy,
                 Po Box 8801,   Wilmington, DE 19899-8801
518741449       +EDI: TSYS2.COM May 16 2020 02:13:00     Barclays Bank Delaware,   P.o. Box 8803,
                 Wilmington, DE 19899-8803
518741450       +E-mail/PDF: MarletteBKNotifications@resurgent.com May 15 2020 22:58:05     Best Egg/sst,
                 Po Box 42912,   Philadelphia, PA 19101-2912
518741454       +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:57:34     Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518741453       +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:57:34     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518741456        EDI: DISCOVER.COM May 16 2020 02:13:00     Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
518749751        EDI: DISCOVER.COM May 16 2020 02:13:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518741457        EDI: IRS.COM May 16 2020 02:13:00     IRS,   ACS/CDP,   P.O. Box 42346,
                 Philadelphia, PA 19101-2346
518829213        EDI: JEFFERSONCAP.COM May 16 2020 02:13:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
518741451        EDI: JPMORGANCHASE May 16 2020 02:13:00     Chase Card Services,   Attn: Bankruptcy,
                 Po Box 15298,   Wilmington, DE 19850
518741452        EDI: JPMORGANCHASE May 16 2020 02:13:00     Chase Card Services,   Po Box 15369,
                 Wilmington, DE 19850
518748171        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:38     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518741458       +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:39
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
518821053        EDI: PRA.COM May 16 2020 02:13:00     Portfolio Recovery Associates, LLC,
                 c/o Barclays Bank Delaware,   POB 41067,   Norfolk VA 23541
518816836        EDI: PRA.COM May 16 2020 02:13:00     Portfolio Recovery Associates, LLC,   c/o Jet Blue,
                 POB 41067,   Norfolk VA 23541
518782353        EDI: Q3G.COM May 16 2020 02:13:00     Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA  98083-0788
518742519       +EDI: RMSC.COM May 16 2020 02:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518829389       +EDI: RMSC.COM May 16 2020 02:13:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518741464       +EDI: RMSC.COM May 16 2020 02:13:00     Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                 Po Box 965064,   Orlando, FL 32896-5064
518741465       +EDI: RMSC.COM May 16 2020 02:13:00     Synchrony Bank/Care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: May 15, 2020
                              Form ID: 148               Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518741466      +EDI: RMSC.COM May 16 2020 02:13:00      Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518741467      +EDI: RMSC.COM May 16 2020 02:13:00      Synchrony Bank/Gap,   Po Box 965005,
                 Orlando, FL 32896-5005
518741468      +EDI: RMSC.COM May 16 2020 02:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518741469      +EDI: RMSC.COM May 16 2020 02:13:00      Synchrony Bank/Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
518741471       EDI: TDBANKNORTH.COM May 16 2020 02:13:00      TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240
518741470       EDI: TDBANKNORTH.COM May 16 2020 02:13:00      TD Bank,   Attn: Bankruptcy/TD Card Srvs,
                 Po Box 84037,   Columus, GA 31908
518812494      +EDI: AIS.COM May 16 2020 02:13:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518741459*     +LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   PO Box 10497,   Greenville, SC 29603-0497
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
           Association dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marc G. Alster    on behalf of Joint Debtor Gina M McIndoe malster@alsterlaw.com,
           r59840@notify.bestcase.com
          Marc G. Alster    on behalf of Debtor Ryan A McIndoe malster@alsterlaw.com,
           r59840@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```